IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 2:22-cr-292 |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(C) |
| v. | ) | |
| | ) | |
| | ) | |
| **HASIB MUQSIT-RIVERS,** | ) | |
| a/k/a "DJ", | ) | |
| a/k/a "Hot Sauce" | ) | **SEALED INDICTMENT** |

## COUNT 1

THE GRAND JURY CHARGES:

On or about November 1, 2020, in the District of South Carolina, the defendant, **HASIB MUQSIT-RIVERS, a/k/a "DJ", a/k/a "Hot Sauce"**, knowingly, intentionally and unlawfully did possess with intent to distribute and did distribute a quantity of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II controlled substance, the use of which resulted in the death of S.J. on November 1, 2020;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

On or about February 18, 2021, in the District of South Carolina, the defendant, **HASIB MUQSIT-RIVERS, a/k/a "DJ", a/k/a "Hot Sauce"**, knowingly, intentionally and unlawfully did possess with intent to distribute and did distribute a quantity of cocaine base (commonly known as "crack cocaine") and a quantity of cocaine, both Schedule II controlled substances;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

THE GRAND JURY FURTHER CHARGES:

On or about March 12, 2021, in the District of South Carolina, the defendant, **HASIB MUQSIT-RIVERS, a/k/a "DJ", a/k/a "Hot Sauce"**, knowingly, intentionally and unlawfully did possess with intent to distribute and did distribute a quantity of cocaine base (commonly known as "crack cocaine"), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 4

THE GRAND JURY FURTHER CHARGES:

On or about July 6, 2021, in the District of South Carolina, the defendant, **HASIB MUQSIT-RIVERS, a/k/a "DJ", a/k/a "Hot Sauce"**, knowingly, intentionally and unlawfully did possess with intent to distribute and did distribute a quantity of cocaine base (commonly known as "crack cocaine"), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 5

THE GRAND JURY FURTHER CHARGES:

On or about August 31, 2021, in the District of South Carolina, the defendant, **HASIB**

**MUQSIT-RIVERS, a/k/a "DJ", a/k/a "Hot Sauce"**, knowingly, intentionally and unlawfully

did possess with intent to distribute and did distribute a quantity of cocaine base (commonly known

as "crack cocaine"), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A _True_ BILL

FOREPERSON

COREY F. ELLIS
UNITED STATES ATTORNEY

By: _____

Elle E. Klein (Fed. ID #12941)
Jane B. Taylor (Fed ID # 6305)
Assistant U.S. Attorneys
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel.: 803-929-3000
Fax: 803-254-2943
Email: Jane.Taylor@usdoj.gov
       Elle.Klein@usdoj.gov